# COUNTY OF SUFFOLK



## SUFFOLK COUNTY CLERK'S OFFICE

### JUDITH A. PASCALE
SUFFOLK COUNTY CLERK
*WWW.SUFFOLKCOUNTYNY.GOV*
Court Actions
631-852-2000 ext. 852

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

✱    MAY 08 2017    ★

LONG ISLAND OFFICE

Date: **MAY 05 2017**

To whom it may concern:

Please find a Certified Copy of our Clerk's Minutes for the E-filed Supreme Court case, Index # 620884/2016 , along with a copy of the Notice of Removal.

Since the above mentioned case is E-filed, there are no hard copies of the documents.

If you have any questions, please call the number at the top of this page.

Thank you,

Court Actions

17CV2673
(ADS) SIL

BROOKLYN OFFICE
★ MAY 08 2017
✱ E.D.N.Y.

NYSCEF DOC. NO. 2

INDEX NO. 620884/2016

RECEIVED NYSCEF: 05/04/2017

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

LATRICE CURRY,
ON BEHALF OF HERSELF AND ALL OTHERS
SIMIARLY SITUATED,

INDEX NO. 620884/2016
FILING DATE: 5/04/17

                  Plaintiff,

**NOTICE OF REMOVAL**

   -against-

VENGROFF WILLIAMS, INC.,

                  Defendant.

     You are directed to take notice that the above action has been removed to the United

States District Court for the Eastern District of New York at Civil Action No. 2:17-cv-02673-

ADS-SIL, pursuant to the attached Notice of Removal filed with the Clerk of the United States

District Court for the Eastern District of New York on May 4, 2017. A copy of the Notice of

Removal is attached hereto as Exhibit 1.


                               FINEMAN KREKSTEIN & HARRIS, P.C.


                  By:      /S/ Richard J. Perr
                              RICHARD J. PERR, ESQUIRE
                              NY ID No. 5290226
                              Ten Penn Center
                              1801 Market Street, Suite 1100
                              Philadelphia, PA 19103-1628
                              (v) 215-893-9300; (f) 215-893-8719
                              rperr@finemanlawfirm.com
                              Attorneys for Defendant

Dated:  May 4, 2017

{01273657;v1}

INDEX NO. 620884/2016

NYSCEF DOC. NO. 2

RECEIVED NYSCEF: 05/04/2017

# CERTIFICATE OF SERVICE

I, RICHARD J. PERR, ESQUIRE, hereby certify that on or about this date, I served a

true and correct copy of the foregoing electronically via the Court's CM/ECF system, or by first

class mail, postage prepaid, or telecopy on the following:

> Mitchell L. Pashkin, Esquire
> 775 Park Avenue, Suite 255
> Huntington, NY 11643
> (v) 631-335-1107
> mpash@verizon.net
> Attorneys for Plaintiff


/S/ Richard J. Perr
RICHARD J. PERR, ESQUIRE

Dated:   May 4, 2017

{01273657;v1}

FILED: SUFFOLK COUNTY CLERK 05/04/2017 02:35 PM    INDEX NO. 620884/2016
NYSCEF DOC. NO. 3    RECEIVED NYSCEF: 05/04/2017

Case 2:17-cv-02673   Document 1   Filed 05/04/17   Page 1 of 3 PageID #: 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| LATRICE CURRY, on behalf of herself and all others similarly situated, Plaintiff | : : : : : : | CIVIL ACTION |
| v. | : : | CASE NO. |
| VENGROFF WILLIAMS, INC., Defendant | : : : | |

### NOTICE OF REMOVAL

Defendant VENGROFF WILLIAMS, INC. ("Defendant"), by its undersigned counsel,

hereby petitions this Court as follows, pursuant to 28 U.S.C. §§ 1441(a):

1.    Defendant is a defendant in an action pending in the Supreme Court of the State

of New York, County of Suffolk, Index No. 620884/2016 entitled <u>Latrice Curry, on behalf of

herself and all others similarly situated v. Vengroff Williams, Inc.</u> ("the State Court Action").  A

true and correct copy of the Summons with Notice is attached hereto as Exhibit "A".

2.    Plaintiff in the State Court Action is LATRICE CURRY ("Plaintiff").  <u>See</u>

Exhibit "A".

3.    Plaintiff's State Court Action alleges violations of the Fair Debt Collection

Practices Act, 15 U.S.C. § 1692, et seq.

5.    The State Court Action involves a question of federal law.  Pursuant to 28 U.S.C.

§ 1331, "The district courts shall have original jurisdiction of all civil actions arising under the

Constitution, laws, or treaties of the United States."

6. Pursuant to 28 U.S.C. § 1441(a), "[a]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

7. Since this case arises out of an alleged violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq., Defendant may properly remove the State Court Action based on 28 U.S.C. § 1441(a).

8. This Notice has been filed with the Court within thirty (30) days after purported service of the Complaint on Defendant.

WHEREFORE, Defendant VENGROFF WILLIAMS, INC., prays that the State Court Action be removed from the Supreme Court of the State of New York, County of Suffolk, Index No. 620884/2016 to this Court for proper and just determination.

FINEMAN KREKSTEIN & HARRIS, P.C.

By: _____/S/ Richard J. Perr_____
RICHARD J. PERR, ESQUIRE
NY ID No. RP5194
Ten Penn Center
1801 Market Street, Suite 1100
Philadelphia, PA 19103-7513
(v) 215-893-9300; (f) 215-893-8719
rperr@finemanlawfirm.com
Attorney for Defendant

Dated: _____May 3, 2017___

FILED: SUFFOLK COUNTY CLERK 05/04/2017 02:35 PM   INDEX NO. 620884/2016

NYSCEF DOC. NO. 3                                                    RECEIVED NYSCEF: 05/04/2017

Case 2:17-cv-02673   Document 1   Filed 05/04/17   Page 3 of 3 PageID #: 3

## CERTIFICATE OF SERVICE

I, RICHARD J. PERR, ESQUIRE, hereby certify that on or about this date, I served a

true and correct copy of the foregoing electronically, or by first class mail, postage prepaid, or

telecopy on the following:

>Mitchell L. Pashkin, Esquire
>775 Park Avenue, Suite 255
>Huntington, NY 11643
>(v) 631-335-1107
>mpash@verizon.net
>Attorneys for Plaintiff


_____/S/ Richard J. Perr_____
RICHARD J. PERR, ESQUIRE

Dated: _____May 3, 2017___



# COUNTY CLERK'S OFFICE
## STATE OF NEW YORK
### COUNTY OF SUFFOLK

I, JUDITH A. PASCALE, Clerk of the County of Suffolk and the Court of Record thereof do hereby certify that I have compared the annexed with the original

**CLERKS MINUTES**

filed in my office on **04/26/2017**

and, that the same is a true copy thereof, and of the whole of such original.

In Testimony Whereof, I have hereunto set my hand and affixed the seal of said County and Court this **5/5/2017**      .

SUFFOLK  COUNTY  CLERK

*Judith A. Pascale*

**JUDITH A. PASCALE**

**SEAL**



# Civil Court Minutes Report

**Index #:** 16 620884

**Print Date:** 5/5/2017

| | | |
|---|---|---|
| **Court:** S | **Case Type:** E | **Application Date:** |

---

### Plaintiff(s)
    CURRY, LATRICE

### Defendant(s):
    VENGROFF WILLIAMS, INC.

### Minutes :

| Seq # | Process Date | Type | Minutes | |
|---|---|---|---|---|
| 1 | 12/22/2016 12 | | SUMMONS W/NOTICE | |
| 2 | 5/4/2017 12:00 | | EXHIBIT(S) | |
| 3 | 5/4/2017 12:00 | | NOTICE OF REMOVAL / REMAND (PRE RJI) | TO EASTERN DISTRICT |
| | **Total Minute Records :3** | | | |

### Notations :

| Minute | Seq | Liber | Page | LP No | Notation |
|---|---|---|---|---|---|
| | | | | | |
| **Total Notation Records :0** | | | | | |

### Tax Map Info :

| Minute | Seq | Tax Map Number |
|---|---|---|
| | | |
| **Total Tax Map Records :0** | | |